IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LARRY L. LEMLEY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **8:09CV453** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon review of the plaintiff's status report (Doc. 23),

**IT IS ORDERED** that plaintiff shall file a supplemental status report no later than **November 30, 2010**, or within 10 days after the resolution of the proceeding before the Employees' Compensation Appeals Board, whichever is earlier.

**DATED August 27, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**