# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY L. LEMLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:09cv453 |
| vs. ) | |
| ) | ORDER |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

Upon review of the plaintiff's status reports (Doc. 26) and (Doc. 27) and the reassignment to the undersigned magistrate,

**IT IS ORDERED** that plaintiff shall file a supplemental status report no later than **May 3, 2011,** or within 10 days after the resolution of the proceeding before the Employees' Compensation Appeals Board, whichever is earlier.

Dated: February 3, 2011.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge