# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LARRY L. LEMLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:09CV453** |
| | ) | |
| V. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

Upon review of the status reports (filings 30 & 31), and Plaintiff's representation that the proceeding before the Employees' Compensation Appeals Board remains pending,

**IT IS ORDERED** that Plaintiff shall file a supplemental status report no later than July 11, 2011, or within 10 days after the resolution of the proceeding before the Employees' Compensation Appeals Board, whichever is earlier.

**DATED May 11, 2011.**

                **BY THE COURT:**

                **S/ F.A. Gossett**
                **United States Magistrate Judge**