IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LARRY L. LEMLEY,** | ) | |
| | ) | |
|       **Plaintiff,** | ) | **8:09CV453** |
| | ) | |
| V. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **ORDER** |
| | ) | |
|       **Defendant.** | ) | |
| | ) | |

      Plaintiff has advised the court that on July 15, 2011, the United States Department of Labor Employees' Compensation Appeals Board submitted its final Decision and Order (filing 35) denying Plaintiff's claim under the Federal Employees Compensation Act ("FECA"), 5 U.S.C. § 8101, *et seq*. Accordingly, Plaintiff has requested that this matter, which was previously stayed by the court pending the Appeals Board's decision, be allowed to proceed.

      **IT IS ORDERED:**

1. The stay issued in this case is hereby lifted;

2. Defendant shall submit its answer on or before August 22, 2011;

3. The parties shall submit their Rule 26(f) Planning Report on or before September 1, 2011.

**DATED July 20, 2011.**

                                              **BY THE COURT:**

                                              **S/ F.A. Gossett**
                                              **United States Magistrate Judge**