FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

11 DEC 20 PM 3:48

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY L. LEMLEY, | ) | Case Number: 8:09CV453 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT TO EXERCISE** |
| | ) | **OF JURISDICTION BY A** |
| | ) | **UNITED STATES MAGISTRATE JUDGE** |
| UNITED STATES OF AMERICA, | ) | **AND** |
| | ) | **ORDER OF REFERENCE** |
| Defendant | ) | |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | | Name of Party | Date |
|---|---|---|---|
| *[signature]* <br> MANDY L. STRIGENZ #20208 <br> Attorney at Law | For: | Plaintiff, Larry L. Lemley | 12/19/11 |
| *[signature]* <br> PAUL D. BOESHART #10365 <br> Assistant U.S. Attorney | For: | Defendant, United States of America | 12/20/2011 |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable F.A. Gossett, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

12/20/11
Date

*[signature]*
United States District Judge